# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **Case No. 03-CR-58**

-vs-

**MARTIN MEDINA,**

      **Defendant.**

## ORDER

Before the Court is the Government's objection to an order, from Magistrate Judge Aaron Goodstein, requiring the production of certain personnel files for Judge Goodstein's *in camera* review. The Court has read the submissions of both parties and overrules the government's objection to the Magistrate's Order.

**THEREFORE, BASED ON THE FOREGOING, IT HEREBY ORDERED** that the government shall produce the personnel file of Racine Police Officer Donald Nuttall, Jr. and John Finnigan to Magistrate Judge Goodstein for his *in camera* review.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2005.

      **SO ORDERED,**

      **s/ Rudolph T. Randa**
      **HON. RUDOLPH T. RANDA**
      **Chief Judge**