# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

  v.         Case No. 03-CR-58

**MARTIN MEDINA,**

  **Defendant.**

## ORDER

Upon the motion of the United States it is **HEREBY ORDERED** that pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the above entitled indictment is dismissed without prejudice.

**SO ORDERED** this 23rd day of September, 2005, at Milwaukee, Wisconsin.

         **s/ Rudolph T. Randa**
         **HON. RUDOLPH T. RANDA**
         **Chief United States District Judge**